U.S. DISTRICT COURT
FOR THE
STATE OF VERMONT

| | |
|---|---|
| DANIEL S. SHAFFER, in his Capacity as the Administrator of the Estate of Jared T. Shaffer, Late, of Hardwick, Vermont<br>　　　　Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA; HEARTBEET LIFESHARING CORPORATION; and NORTHEAST KINGDOM HUMAN SERVICES, INC.<br>　　　　Defendants. | CIVIL ACTION<br>CASE NO.: 2:18-cv-147-CR |

**DISCOVERY CERTIFICATE**

I hereby certify that on March 19, 2020, Heartbeet Lifesharing Corporation served the *Notice of Deposition of Elizabeth Bundock, M.D., Ph.D.,* and the *Notice of Deposition of Susan Gilberg* via email to all counsel of record:

| | |
|---|---|
| David F. Silver, Esq.<br>Alexander M. Dean, Esq.<br>Barr, Sternberg, Moss, Silver & Munson, P.C.<br>dsilver@barrsternberg.com<br>adean@barrsternberg.com<br>rstrecker@barrsternberg.com<br>dgingue@barrsternberg.com | Benjamin Weathers-Lowin, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office of the District of Vermont<br>ben.weather-lowin@usdoj.gov<br><br>Richard J. Windish, Esq.<br>Hayes, Windish & Badgewick<br>rwindish@woodstocklawvt.com<br>hgardner@woodstockvtlaw.com |

DATED: March 19, 2020.　　BY:　　　　*/s/ David M. Pocius*
　　　　　　　　　　　　　　　　　David M. Pocius, Esq.
　　　　　　　　　　　　　　　　　PAUL FRANK + COLLINS P.C.
　　　　　　　　　　　　　　　　　PO Box 1307
　　　　　　　　　　　　　　　　　Burlington, VT 05402-1307
　　　　　　　　　　　　　　　　　802.658.2311/ dpocius@pfclaw.com
　　　　　　　　　　　　　　　　　*Counsel for Heartbeet Lifesharing Corporation*